FILED

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0704

JACOB SMITH,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 5, 2021, within which to prepare, serve, and file the State's response.

**TKP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 2 2021